1046

No. 79–845. ALAMEDA COUNTY WATER DISTRICT *v.* SETHY. C. A. 9th Cir. Certiorari denied.

No. 79–891. SAXON *v.* JOHNSTON ET AL. Sup. Ct. Miss. Certiorari denied.

No. 79–892. DORMINEY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 79–941. EDGEWOOD HEALTH CARE CENTER, INC. *v.* UNITED STATES C. A. 1st Cir. Certiorari denied.

No. 79–5447. IN RE APPLICATION FOR ADMISSION TO THE BAR OF MASSACHUSETTS. Sup. Jud. Ct. Mass. Certiorari denied.

No. 79–5452. FELTS ET AL. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 79–5511. WILLIAMS *v.* ANDERSON ET AL. C. A. 10th Cir. Certiorari denied.

No. 79–5558. EATON *v.* NEW JERSEY DIVISION OF YOUTH AND FAMILY SERVICES. Super. Ct. N. J. Certiorari denied.

No. 79–5572. LILLIBRIDGE ET UX. *v.* MORTON, COMMISSIONER OF INTERNAL REVENUE, ET AL. C. A. 6th Cir. Certiorari denied.

No. 79–5600. HINES *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 79–5603. COLON *v.* FLORIDA. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 79–5607. DAVIS *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 79–5643. FORD *v.* CIMINO ET AL. C. A. 3d Cir. Certiorari denied.